# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 05, 2022

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50451    USA v. Marquardt
                        USDC No. 1:16-CR-59-1

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
    Ms. Elizabeth Berenguer
    Mr. Joseph H. Gay Jr.
    Mr. Timothy Marquardt



United States Court of Appeals
for the Fifth Circuit

**Certified as a true copy and issued
as the mandate on Jul 05, 2022**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 21-50451
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
June 13, 2022
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Timothy Marquardt,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CR-59-1
_____

Before Southwick, Oldham, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Case: 21-50451      Document: 00516389634      Page: 3      Date Filed: 07/05/2022

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 13, 2022

Lyle W. Cayce
Clerk

No. 21-50451
Summary Calendar

────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Timothy Marquardt,

*Defendant—Appellant*.

────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CR-59-1

────────────

Before Southwick, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Timothy Marquardt, federal prisoner # 70526-380, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. We review the denial, which the district court based upon Marquardt's failure to

───

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

show extraordinary and compelling reasons, for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020).

Insofar as Marquardt raises claims of ineffective assistance of counsel, he fails to show that the district court erred as a matter of law by holding that the § 3582(c)(1)(A)(i) motion was not a viable substitute for a timely filed 28 U.S.C § 2255 motion. *See id.* Marquardt's claim invoking *Rehaif v. United States*, 139 S. Ct. 2191 (2019), is insufficiently briefed to warrant our consideration. *See United States v. Scroggins*, 599 F.3d 433, 446-47 (5th Cir. 2010). We do not address any argument regarding the sentencing factors of 18 U.S.C. § 3553(a). *See United States v. Jackson*, 27 F.4th 1088, 1093 n.8 (5th Cir. 2022).

AFFIRMED.